JAY SMITH (CA Bar No. 166105)
(Email: js@gslaw.org)
JOSHUA F. YOUNG (CA Bar No. 232995)
(Email: jyoung@gslaw.org)
**GILBERT & SACKMAN**
**A LAW CORPORATION**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone: (323) 938-3000
Fax: (323) 937-9139

RANDY RENICK (CA Bar No. 179652)
(Email: rrr@hadsellstormer.com)
CORNELIA DAI (CA Bar No. 207435)
(Email: cdai@hadsellstormer.com)
**HADSELL STORMER RENICK & DAI LLP**
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103-3645
Telephone: (626) 585-9600
Fax: (626) 577-7079

*Attorneys for Plaintiffs Larry Barragan and Frank Calandrino*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BARRAGAN and FRANK CALANDRINO, individually and on behalf of all similarly situated current and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>KINDER MORGAN, INC.; KINDER MORGAN TERMINALS, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-02955-PA-MRW<br><br>**CLASS ACTION**<br><br>**JOINT STATEMENT RE: SETTLEMENT AGREEMENT**<br><br>Assigned for All Purposes to: Honorable Percy Anderson |

**JOINT STATEMENT RE: SETTLEMENT AGREEMENT**

CHRISTOPHER C. HOFFMAN (SBN 176334)
(Email: choffman@fisherphillips.com)
AARON F. OLSEN (SBN 224947)
(Email: aolsen@fisherphillips.com)
PHILLIP G. SIMPLER (SBN 292486)
(Email: psimpler@fisherphillips.com)
CAMERON J. DAVILA (SBN 313438)
(Email: psimpler@fisherphillips.com)
**FISHER & PHILLIPS LLP**
4747 Executive Drive, Suite 1000
San Diego, California 92121
Telephone: (858) 597-9600
Facsimile: (858) 597-9601

*Attorneys for Defendants Kinder Morgan, Inc.
and Kinder Morgan Terminals, Inc.*

1

**JOINT STATEMENT RE: SETTLEMENT AGREEMENT**

Pursuant to this Court's August 6, 2021 Order (Dkt. #20), Plaintiffs LARRY BARRAGAN and FRANK CALANDRINO, and Defendants KINDER MORGAN, INC. and KINDER MORGAN TERMINALS, INC., hereby submit the following statement regarding their settlement agreement. The Agreement includes the following material terms:

1. Defendants to pay to Plaintiffs and the Class the total sum of $385,000, inclusive of fees and costs;
2. Parties stipulate that Plaintiffs' LWDA notification letter, as well as the Complaint in this action, will be amended to include meal break violation claims;
3. The release will include all claims at issue in the action, including the meal break violation claims;
4. The parties will draft and execute side letter agreement(s) amending the Collective Bargaining Agreement that applies to the parties to include on-duty rest break provisions consistent with California Labor Code § 226.75, including language that future on-duty meal break claims are subject to arbitration.

Plaintiffs expect to file their Motion for Preliminary Approval of Class Action Settlement within 60 days of the filing of this joint statement.

Date: August 11, 2021                                  Respectfully submitted,

                                                         HADSELL STORMER RENICK
                                                           & DAI LLP

                                                        GILBERT & SACKMAN
                                                        A LAW CORPORATION

                                                        By:  /s/  Randy Renick
                                                             Randy Renick
                                                            Jay Smith
                                                            Joshua F. Young
                                                           *Attorneys for Plaintiffs Larry Barragan*
                                                           *and Frank Calandrino*

**JOINT STATEMENT RE: SETTLEMENT AGREEMENT**

FISHER & PHILLIPS LLP

Date: August 11, 2021

By: */s/ Phillip G. Simpler*
Christopher C. Hoffman
Aaron F. Olsen
Phillip G. Simpler
Cameron J. Davila
*Attorneys for Defendants Kinder Morgan, Inc. and Kinder Morgan Terminals, Inc.*

**JOINT STATEMENT RE: SETTLEMENT AGREEMENT**