JAY SMITH (CA Bar No. 166105)
(Email: js@gslaw.org)
JOSHUA F. YOUNG (CA Bar No. 232995)
(Email: jyoung@gslaw.org)
**GILBERT & SACKMAN**
**A LAW CORPORATION**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone: (323) 938-3000
Fax: (323) 937-9139

RANDY RENICK (CA Bar No. 179652)
(Email: rrr@hadsellstormer.com)
CORNELIA DAI (CA Bar No. 207435)
(Email: cdai@hadsellstormer.com)
**HADSELL STORMER RENICK & DAI LLP**
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103-3645
Telephone: (626) 585-9600
Fax: (626) 577-7079

*Attorneys for Plaintiffs Larry Barragan and Frank Calandrino*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BARRAGAN and FRANK CALANDRINO, individually and on behalf of all similarly situated current and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>KINDER MORGAN, INC.; KINDER MORGAN TERMINALS, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-02955-PA-MRW<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION, APPROVAL OF CLASS NOTICE, AND SETTING OF FINAL APPROVAL HEARING**<br><br>Date: January 24, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9A (9th Floor)<br>Judge: Hon. Percy Anderson |

CHRISTOPHER C. HOFFMAN (SBN 176334)
(Email: choffman@fisherphillips.com)
AARON F. OLSEN (SBN 224947)
(Email: aolsen@fisherphillips.com)
PHILLIP G. SIMPLER (SBN 292486)
(Email: psimpler@fisherphillips.com)
CAMERON J. DAVILA (SBN 313438)
(Email: psimpler@fisherphillips.com)
**FISHER & PHILLIPS LLP**
4747 Executive Drive, Suite 1000
San Diego, California 92121
Telephone: (858) 597-9600
Facsimile: (858) 597-9601

*Attorneys for Defendants Kinder Morgan, Inc. and Kinder Morgan Terminals, Inc.*

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that on January 24, 2022, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 9A, 9th Floor of the above-entitled court located at 350 W. 1st Street, Los Angeles, California 90012, Plaintiffs Larry Barragan and Frank Calandrino, individually and on behalf of all similarly situated current and former employees (collectively, "Plaintiffs"), and Defendants Kinder Morgan, Inc. and Kinder Morgan Terminals, Inc. (collectively, "Defendants"), will and hereby do move this Court to:

1. Preliminarily approve the non-reversionary $385,000 class action settlement described in the Joint Stipulation of Class Action Settlement and Release ("Joint Stipulation" or "Settlement"), attached as Exhibit "1" to the Declaration of Joshua F. Young submitted in support herewith;

2. Conditionally certifying the Class (as defined in the Agreement ¶ 5) as a Federal Rules of Civil Procedure 23 settlement class;

3. Approve and appoint Plaintiffs Larry Barragan and Frank Calandrino as representatives for the proposed Class for purposes of settlement;

4. Approve and appoint Gilbert & Sackman, a Law Corporation and Hadsell Stormer Renick & Dai LLP, as Class Counsel for purposes of settlement;

5. Approve and appoint CAC Services Group, LLC as the Settlement Administrator;

6. Preliminarily approve the application for payment to Class Counsel of reasonable attorneys' fees of up to $96,250 (25% of the common fund) and reasonable costs of up to $10,000;

7. Preliminarily approve a Service Payment award in the amount of $5,000 to each of the two named Plaintiffs for their service, efforts, risks and burdens of acting on behalf of the Class;

8. Preliminarily approve the Private Attorneys General Act penalties to the

1

California Labor and Workforce Development Agency in the amount of $3,000 (75% of $4,000);

9. Preliminarily approve settlement administration costs of up to $5,000;

10. Approving as to form and content the proposed Notice of Class Action Settlement and directing its distribution to all members of the Class; and

11. Setting a date, time and place to conduct the Final Approval Hearing on the question of whether the proposed Settlement should be finally approved as fair, reasonable, and adequate.

This motion is brought pursuant to Federal Rule of Civil Procedure 23 on the grounds that the proposed Settlement is fair, reasonable, and adequate, and that all requirements for class certification have been met.

This motion is based upon this Notice, the Memorandum of Points and Authorities submitted herewith, the Declarations of Joshua F. Young and Randy Renick, the proposed Joint Stipulation of Class Action Settlement and Release, its exhibits and the other records, pleadings, and papers filed in this action, and upon such other documentary and oral evidence or argument as may be presented to the Court at the hearing of this motion.

Date: December 17, 2021

Respectfully submitted,

**HADSELL STORMER RENICK & DAI LLP**

**GILBERT & SACKMAN, A LAW CORPORATION**

By: /s/ Joshua F. Young
Joshua F. Young
*Attorneys for Plaintiffs and the Proposed Class*