JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BARRAGAN and FRANK CALANDRINO, individually and on behalf of all similarly situated current and former employees,<br><br>        Plaintiffs,<br><br>        v.<br><br>KINDER MORGAN, INC., and KINDER MORGAN TERMINALS, INC., and DOES 1-10,<br><br>        Defendants. | CV 21-2955 PA (MRWx)<br><br>JUDGMENT |

Pursuant to the Joint Stipulation of Class Action Settlement and Release ("Settlement Agreement") filed on December 17, 2021, between plaintiffs Larry Barragan and Frank Calandrino ("Named Plaintiffs"), on behalf of themselves and the settlement class and defendant Kinder Morgan, Inc., and Kinder Morgan Terminals. Inc. ("Defendants"), the Court's January 21, 2022 Minute Order granting the Motion for Preliminary Approval, and the Court's May 15, 2022 Minute Order granting the Motion for Final Approval of Class Action Settlement and the Motion for Attorneys' Fees,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.    All terms herein shall have the same meaning as the terms defined in the Settlement Agreement, unless otherwise specifically provided herein;

2.    The Court enters Judgment consistent with the January 21, 2022 and May 15, 2022 Minute Orders and the Settlement Agreement;

3.     The parties and the Settlement Administrator are hereby ordered to comply with the terms of the Settlement Agreement;

4.     Named Plaintiffs and every member of the Class shall be deemed to have fully, finally, and forever released, relinquished, discharged, and dismissed all Released Claims against the Released Parties,

5.     This action is dismissed with prejudice, with each party to bear his, her, or its own costs, except as set forth in the Settlement Agreement and the Court's May 15, 2022 Minute Order; and

6.     This Court retains jurisdiction over the implementation of the Settlement Agreement and the distribution of funds pursuant to the Settlement Agreement.

**DATED:**  May 15, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE